Stan D. Blyth, CA 166938
LEE, LAWLESS & BLYTH
11 Embarcadero West, Ste. 145
Oakland, CA 94607
Telephone: 510-214-5674
Facsimile: 510-225-2384
Email: sdb@leelawlessblyth.com

Attorneys for Plaintiff JONES C. BEENE IV

RUSSELL STANALAND, CA 216717
ALEC HARRINGTON, CA 262404
LERNER, VEIT & STANALAND, LLP
180 Montgomery St., Suite 1850
San Francisco, CA 94104
Tel. (415) 781-4000
Facsimile (415) 398-4228
Email: rstanaland@lernerveit.com

Attorneys for Defendants JAMES JEFFERSON
BEENE JR., JONES BEENE JR., TODD HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES C. BEENE IV,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JEFFERSON BEENE JR., JONES BEENE JR., TODD HARRIS, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C 11-06717 JSW<br><br>**STIPULATION AND PROPOSED ORDER** |

Plaintiff JONES C. BEENE IV ("Plaintiff") and Defendants JAMES JEFFERSON BEENE JR., JONES BEENE JR., TODD HARRIS ("Defendants") hereby stipulate to the following:

STIPULATION AND PROPOSED ORDER         1

(1) Continuing the date upon which Plaintiff's Response to Defendants' Motion to Dismiss is due to December 21, 2012.

(2) Continuing the date upon which Defendant's Reply to Plaintiff's Response is due to December 27, 2012.

(3) Transferring for all purposes the instant action Case No. C 11-06717 JSW, venued in the United States District Court for the Northern District of California, to the United States District Court for the Eastern District of Tennessee, at Chattanooga. The pending action, *PI, Inc. v. M. Melanie Beene, Jones C. Beene, IV, and F. Allison Beene*, No. 1:12-cv-350, venued in that district, involves common questions of fact and common parties with the instant Case No. C 11-06717. The two cases may be suitable for consolidation in the Eastern District of Tennessee.

IT IS SO STIPULATED

Dated: December 10, 2012

**LEE, LAWLESS & BLYTH**

By _____
Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff

Dated: December 7, 2012

**LERNER, VEIT & STANALAND, LLP**

By _____
Alec Harrington
180 Montgomery St., Suite 1850
San Francisco, CA 94104
Tel. (415) 781-4000
Facsimile (415) 398-4228

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

JEFFREY S. WHITE
United States District Judge